IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02178-RPM-KLM

COURTNEY TURNER,
ROBERT ST. JOHN, and
JONATHAN HEIL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SUPERIOR SATELLITE COMPANY, INC.,
CHRIS GNETZ, and
SCOTT NEUMAN,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Order to Show Cause Why Third-Party Dish Network Should Not Be Held in Contempt for Failure to Comply with Subpoena** [Docket No. 1; Filed August 19, 2011].  The Motion does not comply with the Local Rules in several respects, the most notable deficiency being that neither the Motion nor any of the additional filings on the docket related to the Motion [Docket Nos. 2-4] contain a certificate of service indicating that the third-party subpoena recipient, DISH Network, was given notice pursuant to D.C.COLO.LCivR 5.1G.  While Plaintiffs certify that they served a copy of the Motion and accompanying documents on Defendants [Docket No. 4], they do not certify the same for DISH Network.  Moreover, the Motion does not contain a clear certification of compliance with D.C.COLO.LCivR 7.1A., and the caption on Plaintiffs' pleadings does not comply with D.C.COLO.LCivR 10.1J.  The Motion is subject to denial on any basis listed above.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  Counsel shall read and comply with all Local Rules.  Should counsel choose to refile the Motion, the most efficient and preferred way to do so is to file a Motion which incorporates the brief and required certificates and attaches any necessary affidavits or exhibits.

    Dated:  August 22, 2011